UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY KAY INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-1071-B |
| | § | |
| RAUL RUIZ GONZALES a/k/a RAUL | § | |
| RUIZ, SAHILY CRUZ INFANTE, | § | |
| S&R BEAUTY LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On August 26, 2021, the Court ordered Plaintiff to Show Cause for failure to serve Defendants under Federal Rule of Civil Procedure 4 on or before August 10, 2021. Doc. 10. Plaintiff filed an Amended Complaint on August 30, 2021, Doc. 11, and a Response to the Order to Show Cause on September 3, 2021. Doc. 12. In the Response, Plaintiff provides reasoning for the newly named Defendants in the Amended Complaint and requests a further 45 days to serve the newly named Defendants. The Court finds good cause for the delay in service and grants an extension. *Thompson v. Brown*, 91 F.3d 20, 21 (5th Cir. 1996).

Accordingly, Plaintiff is **ORDERED** to serve the newly named Defendants on or before **October 18, 2021.**

SO ORDERED.

SIGNED: September 7, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE